| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 21 |
| GERARD PAUL UEHLINGER | * | September Term, 2025 |

## O R D E R

Upon consideration of the "Amended Joint Petition for Order to Transfer the Respondent to Disability Inactive Status by Consent" filed by the parties in the above-captioned case on November 12, 2025, in which the parties jointly petition this Court to transfer Respondent, Gerard Paul Uehlinger, to disability inactive status pursuant to Maryland Rule 19-736, it is this 12th day of November 2025,

ORDERED, by the Supreme Court of Maryland, that the Amended Joint Petition for Order to Transfer the Respondent to Disability Inactive Status by Consent is GRANTED; and it is further

ORDERED, that, pursuant to Maryland Rule 19-736(c), Respondent, Gerard Paul Uehlinger, is hereby transferred to disability inactive status by consent, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Gerard Paul Uehlinger from the register of attorneys in this Court and send notice of this order to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Shirley M. Watts
Senior Justice